**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **ROBERT J. HANEY,** | : | |
| **Plaintiff** | : | **CIVIL ACTION** |
| vs. | : | NO.   5:16-cv-00218-JFL |
| **INTERTEK USA INC.,** | : | |
| **Defendant** | : | |
| | : | **JURY TRIAL DEMANDED** |

## NOTICE OF DISMISSAL—WITH PREJUDICE

The Plaintiff through his undersigned counsel hereby gives notice that the above-captioned case is withdrawn with prejudice.

Respectfully Submitted,

 /s/ Nikolaus A. Baikow, Esq.
Nikolaus A. Baikow, Esq.
Attorney I.D. No.: 316445
Baikow Legal, LLC.
122 N. 5th St.
Allentown, PA 18102
484-553-0192 (Phone)
484-221-9017 (Fax)